Rodney G. Snow (Bar No. 3028)
Perrin R. Love (Bar No. 5505)
Christopher B. Snow (Bar No. 8858)
CLYDE SNOW SESSIONS & SWENSON
201 South Main, 13th Floor
Salt Lake City, Utah 84111
Telephone:  801-322-2516
Fax:        801-521-6280



Attorneys for Defendant Francine Johnson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| CORVEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>-vs-<br><br>FRANCINE JOHNSON, an individual,<br><br>　　　　Defendant. | ORDER REGARDING RELEASE OF FRANCINE JOHNSON'S COMPUTER AND CD-ROMS<br><br>Case No. 1:05CV00110 DB<br><br>Judge: Dee Benson |

Having reviewed the stipulation of the parties, and with good cause appearing:

IT IS HEREBY ORDERED that:

**RELEASE OF MS. JOHNSON'S COMPUTER IDENTIFIED AS 351-03**

1.      The Court hereby releases to Defendant Francine Johnson or her counsel of record, Ms. Johnson's Old Gateway Computer identified as 351-03 ("Johnson's Computer"), which was confiscated and deposited with the Court pursuant to the Court's September 1, 2005 order.

2.      On or about October 6, 2005 Plaintiff's computer expert, Jon A. Berryhill, successfully imaged and reviewed Johnson's Computer. The imaged hard drive is a fair and accurate representation of the Johnson Computer hard drive as of the date it

was confiscated and deposited with the Court and constitutes the best evidence of the Johnson Computer hard drive for purposes of the Federal Rules of Evidence, including but not limited to Rule 1001 through Rule 1008. Therefore, the original hard drive shall not be necessary to prove its content.

## MS. JOHNSON'S CD-ROMS

5. On or about September 1, 2005, Ms. Johnson's personal CD-ROMs were confiscated by order of the Court and deposited with the Court.

6. The Court hereby releases Ms. Johnson's CD-ROMs to Ms. Johnson or her counsel of record.

Dated this 5th day of April 2006.

BY THE COURT:

Dee Benson

DEE BENSON
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Order Regarding the Release of Francine Johnson's Computer and CD-ROMs be delivered by e-mail or mailed, postage prepaid, as indicated, to the following this 4th day of April 2006:

>Scott M. Petersen, Esq.
>Fabian & Clendenin
>215 South State Street, 12th Floor
>P.O. Box 510210
>Salt Lake City, Utah 84151
>
>Bradford K. Newman, Esq.
>Stephen H. Wong, Esq.
>Shanon S. Sevey, Esq.
>Paul, Hastings, Janofsky & Walker LLP
>Five Palo Alto Square, Sixth Floor
>Palo Alto, California 94306-2155
>    **MAILED**
>
>Attorneys for Plaintiff

>/s/Dawn M. Hales
>Secretary